UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| MUT A. ASHERU, | ) | |
| | ) | 08-36058-HDH-7 |
| Debtor. | ) | |
| ------------------------------------------------------- | ) | |
| G. VON THOMAS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0977-G |
| CARL MATHENIA c/o SCOTT AND STANDEFER, | ) ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

A motion to proceed *in forma pauperis* ("motion") filed by appellant, G. Von Thomas, was referred to the United States Bankruptcy Court for recommendation. After consideration, the court hereby **ADOPTS** the recommendation of the Bankruptcy Court and **DENIES** the motion. Further, this appeal is hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

September 25, 2009.

_____
A. JOE FISH
**Senior United States District Judge**